# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

IN RE: Citadel Watford City Disposal Partners, L.P., et al.

| | |
|---|---|
| Gavin Solmonese, Liquidation Trustee For The Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., *et al.* ) ) ) ) ) ) ) | |
| Appellant, ) ) | Civil Action No. 19-915 (LPS) |
| v. ) ) | |
| Mark Dunaway, Jonathon P. Rueben, P.C., and Louis Bridges ) ) ) | Bankruptcy Adv. Pro. No. 17-50024 LSS<br>Bankruptcy Case No. 15-11323 LSS<br>Bankruptcy BAP No. 19-28 |
| Appellees. ) ) | |

## COUNTER- DESIGNATION OF ITEMS
## TO BE INCLUDED IN THE RECORD ON APPEAL

Mark Dunaway, Appellee in the above-captioned adversary proceeding, sets forth the following Counter-Designation of Items to be Included in the Record on Appeal pursuant to Bankruptcy Rule 8009:[1]

| Des. No. | Entry Date | Docket No.[2] | Document |
|---|---|---|---|
| 1. | 04/17/2017 | MC 545 | *Motion to Amend Caption Filed by Gavin/Solmonese LLC* |
| 2. | 05/09/2017 | MC 554 | *Limited Objection to Motion of Gavin/Solmonese for an Order Amending Captions to Reflect Real Party in Interest (related document(s)545) Filed by LOUIS BRIDGES* |
| 3. | 05/23/2017 | MC 562 / ADV 89 | *Order Granting Motion of Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, Successor to Citadel Watford Disposal Partners, L.P., et al., Amending* |

---

[1] Appellee re-submits all items designated in the Designation of Record and Statement of Issues on Appeal Pursuant to Fed. R. Bankr. P. 8009(a) as filed by Appellant, Adv. Pro. D.I. 270, as if set forth herein.

[2] Docket Entries filed in the Main Case (15-11323 (LSS)) are indicated by a MC, while Docket Entries filed in the Adversary Proceeding (17-50024 (LSS)) are indicated by an ADV.

|    |            |        |                                                                                                                                                                                         |
|----|------------|--------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |            |        | *Captions to Reflect Real Party in Interest.*                                                                                                                                           |
| 4. | 05/31/2017 | MC 567 | *Transcript regarding Hearing Held 5/23/2017*                                                                                                                                           |
| 5. | 05/23/2017 | MC 563 | *Order Granting Motion of Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Watford Disposal Partners, L.P. et al., Amending Captions to Reflect Real Party in Interest*         |

Dated: June 13, 2019

Respectfully submitted,

COOCH AND TAYLOR, P.A.

*/s/ R. Grant Dick IV*
Robert W. Pedigo (DSB #4047)
R. Grant Dick IV (DSB # 5123)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE 19801
(302) 984-3800
(302) 984-3939 Fax
rpedigo@coochtaylor.com
gdick@coochtaylor.com